IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HUSSEIN MIRJAN, et al. : CIVIL ACTION
:
v. :
:
ERIC HOLDER, et al. : NO. 10-CV-4641

**O R D E R**

AND NOW, this 22nd day of December, 2010, IT IS HEREBY ORDERED that the defendants' motion to dismiss (Doc. # 7) is GRANTED for the reasons set forth in the accompanying memorandum.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR.